IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **PETER MEROLA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:23-cv-00389-O |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | |
| | § | |
| Defendant. | § | |

## AMENDED ORDER OF REFERRAL

The Court hereby amends its previous Order of Referral (ECF No. 15), filed August 24, 2023, to state that the Court **REFERS** Plaintiff's Motion to Appear Remotely (ECF No. 14) and all related responses, replies, briefs in support, and appendices, etc., to United States Magistrate Judge Ray for hearing, if necessary, and final determination. See 28 U.S.C. § 636(b). Further pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Ray so that copies may be sent directly to him without delay.

**SO ORDERED** on this **29th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE