IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PETER MEROLA | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00389-O |
| TEXAS CHRISTIAN UNIVERSITY | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion to Compel Discovery (ECF No. 28), filed October 9, 2023. The Court hereby **REFERS** the Motion and all related responses, replies, briefs in support, and appendices, etc., to United States Magistrate Judge Ray for hearing, if necessary, and determination or recommendation to this Court. *See* 28 U.S.C. § 636(b)(1).

Further pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Ray so copies may be sent directly to him without delay.

**SO ORDERED** on this **6th day of November, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE