# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **PETER MEROLA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:23-cv-00389-O** |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On December 15, 2023, John Walton Brookman filed an Alternative Disputed Resolution Summary (ECF No.44). In that Summary, Brookman informed the Court that a full settlement was reached. Accordingly, the parties are **DIRECTED** to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than January 15, 2024**. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** this **18th day** of **December, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE