IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PETER MEROLA | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00389-O |
| TEXAS CHRISTIAN UNIVERSITY | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Request for Extension (ECF No. 48), filed January 22, 2024. The Request is **GRANTED.** Accordingly, the parties are **DIRECTED** to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than January 29, 2024**. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** this **23rd day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE